USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/27/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
JOSE VALENCIA GALINDO, individually
and on behalf of others similarly situated,

                                  Plaintiff,

               -against-                             21-CV-5030 (VEC)

                                                      ORDER
SOMICH DELI INC. (D/B/A PJ BERNSTEIN
DELI), RESTAURANT SERVICES NYC LLC.
(D/B/A PJ BERNSTEIN DELI), PJS
DELIKATESAN LLC (D/B/A PJ BERNSTEIN
DELI), PJ BERNSTEIN DELI CORP (D/B/A PJ
BERNSTEIN DELI), ALEX SLOBODSKI,
LEONID VAYNBERG, STEVEN SLOBODSKI,
AND CLARISA SLOBODSKI,

                                  Defendants.
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS a status conference in this matter is currently scheduled for Friday, April 29, 2022 at 10:00 A.M., Dkt. 51.

       IT IS HEREBY ORDERED that due to a conflict in the Court's calendar, the conference is rescheduled to **Friday, April 29, 2022 at 2:30 P.M.** The conference will be held **in person** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

       IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Additionally, any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

**SO ORDERED.**

**Date: April 27, 2022**
      **New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**

2