USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 05/2/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
JOSE VALENCIA GALINDO, individually :
and on behalf of others similarly situated, :
 :
                              Plaintiff, :
       -against- :        21-CV-5030 (VEC)
 :
SOMICH DELI INC. (D/B/A PJ BERNSTEIN :        ORDER
DELI), RESTAURANT SERVICES NYC LLC. :
(D/B/A PJ BERNSTEIN DELI), PJS :
DELIKATESAN LLC (D/B/A PJ BERNSTEIN :
DELI), PJ BERNSTEIN DELI CORP (D/B/A PJ :
BERNSTEIN DELI), ALEX SLOBODSKI, :
LEONID VAYNBERG, STEVEN SLOBODSKI, :
AND CLARISA SLOBODSKI, :
 :
                            Defendants. :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on April 29, 2022, the parties appeared for a status conference; and

       WHEREAS both parties confirmed on the record that there is no need for expert discovery in this case.

       IT IS HEREBY ORDERED that James LaRusso and Jacob Jaffe, who are both still listed on the docket as counsel for Plaintiff, must move to withdraw as counsel by no later than **Friday, May 6, 2022**.

       IT IS FURTHER ORDERED that Defendants' motion for summary judgment is due no later than **Friday, May 27, 2022**, Plaintiff's response in opposition is due no later than **Friday, June 24, 2022**, and Defendant's reply in support is due no later than **Friday, July 8, 2022**. If not all Defendants move for summary judgment or if any of Plaintiff's claims survive summary judgment, the Court anticipates holding the trial in this matter in Fall 2022.

2

IT IS FURTHER ORDERED that if, at any time, both parties want a settlement conference with the assigned Magistrate Judge, they may submit a joint letter requesting a referral.

SO ORDERED.

Date: May 2, 2022
New York, New York

_____
VALERIE CAPRONI
United States District Judge