USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/23/2022

# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd St. Suite 4510　　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620

September 22, 2022

VIA ECF
Honorable Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

　　　　　　　　　Re:　　Valencia Galindo et al v. Somich Deli Inc. et al
　　　　　　　　　　　　1:21-cv-05030-VEC

Your Honor:

　　This office represents the Plaintiff in the above-referenced action. We respectfully request an adjournment of the final pretrial conference scheduled for October 7, 2022, and the trial scheduled for October 17, 2022.

　　Unfortunately, our client Mr. Jose Valencia Galindo has informed us that his son has just passed away. Mr. Valencia Galindo is unable to participate in the preparation of this trial and has requested time for bereavement. Our office has informed Defendants of Mr. Valencia Galindo's circumstances and they have consented to an adjournment. This is Plaintiff's first request for adjournment of the final pretrial conference and trial.

　　We thank the Court for its time and consideration of this matter.

Respectfully submitted,

/s/ *Frank Palermo*
Frank J Palermo, Esq.
CSM LEGAL, P.C.
*Attorneys for Plaintiff*

cc:　all counsel via ECF

---

Application GRANTED.

Trial will begin at **10:00 A.M. on Monday, April 10, 2023**, in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.  The pretrial conference is rescheduled for **2:30 P.M. on Thursday, March 30, 2023**.

SO ORDERED.

*[signature]* 09/23/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

*Certified as a minority-owned business in the State of New York*