USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/15/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

\-------------------------------------------------------------- X

JOSE VALENCIA GALINDO, individually
and on behalf of others similarly situated,

                                  Plaintiff,

                -against-

                                  21-CV-5030 (VEC)

SOMICH DELI INC. (D/B/A PJ BERNSTEIN
DELI), RESTAURANT SERVICES NYC LLC.       ORDER
(D/B/A PJ BERNSTEIN DELI), PJS
DELIKATESAN LLC (D/B/A PJ BERNSTEIN
DELI), and PJ BERNSTEIN DELI CORP (D/B/A
PJ BERNSTEIN DELI),

                                Defendants.

\-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS trial in this matter is currently scheduled to begin on April 10, 2023, and the final pretrial conference is scheduled for March 30, 2023; and

       WHEREAS a criminal case that had been scheduled in January 2023 has been adjourned, opening time on the Court's trial calendar for this case.

       IT IS HEREBY ORDERED that trial in this matter is rescheduled for **Tuesday, January 31, 2023, at 10:00 A.M.**  The final pretrial conference is rescheduled for **Friday, January 20, 2023, at 2:00 P.M**.

IT IS FURTHER ORDERED that, by no later than **Tuesday, December 20, 2022**, the parties must submit a joint letter updating the Court on the prospect of settlement discussions, if any, and whether the parties request a referral to the assigned Magistrate Judge for a settlement conference.

SO ORDERED.

Date:  **December 15, 2022**
       **New York, New York**

**VALERIE CAPRONI**
**United States District Judge**