USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/13/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
JOSE VALENCIA GALINDO, individually : 
and on behalf of others similarly situated, :
 :
                              Plaintiff, :
                -against- :
 : 21-CV-5030 (VEC)
SOMICH DELI INC. (D/B/A PJ BERNSTEIN :
DELI), RESTAURANT SERVICES NYC LLC. : ORDER
(D/B/A PJ BERNSTEIN DELI), PJS :
DELIKATESAN LLC (D/B/A PJ BERNSTEIN :
DELI),  and PJ BERNSTEIN DELI CORP (D/B/A :
PJ BERNSTEIN DELI), :
 :
                              Defendants. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on January 5, 2023, the Court ordered Plaintiff to respond to Mr. Palermo's motion to withdraw as Plaintiff's counsel by January 12, 2023, Dkt. 92; and

    WHEREAS Plaintiff did not respond by the January 12, 2023, deadline.

    IT IS HEREBY ORDERED that Plaintiff's time to respond to Mr. Palermo's motion to withdraw as Plaintiff's counsel is extended until **January 31, 2023**.  By this date, Plaintiff must submit a letter to the Court stating whether he objects to Mr. Palermo's motion to withdraw as counsel and whether, if the Court grants the motion, Plaintiff intends to proceed pro so or hire new counsel.  If Plaintiff fails to respond by January 31, 2023, Plaintiff will be ordered to show cause why the case should not be dismissed for failure to prosecute.

    IT IS FURTHER ORDERED that Plaintiff's counsel must serve a copy of the Court's order on Plaintiff in Spanish and English by **5:00 P.M. on January 13, 2023**, via registered mail with a return receipt requested.  The return receipt or proof that the order could not be delivered

must be filed on the docket within one business day of receipt; if Plaintiff's counsel does not receive either, Plaintiff's counsel must file a status update on **January 31, 2023**.

IT IS FURTHER ORDERED that all other deadlines and conferences in this matter, including the trial scheduled for January 31, 2023, are adjourned sine die.

SO ORDERED.

**Date: January 13, 2023**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**