**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/27/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------X
JOSE VALENCIA GALINDO, individually    :
and on behalf of others similarly situated,  :
                                       :
                        Plaintiff,     :
        -against-                      :
                                       :        21-CV-5030 (VEC)
                                       :
SOMICH DELI INC. (D/B/A PJ BERNSTEIN   :
DELI), RESTAURANT SERVICES NYC LLC.    :          ORDER
(D/B/A PJ BERNSTEIN DELI), PJS         :
DELIKATESAN LLC (D/B/A PJ BERNSTEIN    :
DELI), and PJ BERNSTEIN DELI CORP (D/B/A :
PJ BERNSTEIN DELI),                    :
                                       :
                        Defendants.    :
-----------------------------------------------------------X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 2, 2023, following Plaintiff's failure to respond to his attorneys and to this Court's orders, the Court ordered Plaintiff to show cause, no later than March 24, 2023, why this action should not be dismissed without prejudice for failure to prosecute, Dkt 107; and

WHEREAS Plaintiff failed to show cause why the case should not be dismissed for failure to prosecute.

IT IS HEREBY ORDERED that the case is DISMISSED without prejudice for failure to prosecute. The Clerk of Court is respectfully directed to terminate all deadlines and open motions and to CLOSE the case. The Clerk is further directed to mail a copy of this order to

Plaintiff, who is proceeding *pro se*, at 235 East 115 St., Apt. 1, New York, NY 10029, and to note the mailing on the docket.

 SO ORDERED.

| | |
|---|---|
| Date: March 27, 2023<br>New York, New York | _____<br>VALERIE CAPRONI<br>United States District Judge |